UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>HEATH TYLER WISDOM,<br><br>Defendant. | No.   CR-11-0107-WFN-18<br><br>ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW § 2255 MOTION |

Pending before the Court is Defendant's Motion to Withdraw Petition to Vacate filed Pursuant to 28 U.S.C. § 2255 (ECF No. 1485). Mr. Wisdom requests to withdraw his previously filed Motion. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Withdraw Petition to Vacate filed Pursuant to 28 U.S.C. § 2255, filed on November 8, 2013, **ECF No. 1485**, is **GRANTED**. Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 shall be **WITHDRAWN** from consideration.

The District Court Executive is directed to file this Order, terminate ECF No. 1471 as a pending motion, and provide copies to counsel and pro se Defendant.

**DATED** this 14th day of November, 2013.

11-14-13

                                           s/ Wm. Fremming Nielsen
                                           WM. FREMMING NIELSEN
                              SENIOR UNITED STATES DISTRICT JUDGE