PROB 12C
(6/16)

Report Date: July 7, 2023

# United States District Court

### for the

# Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Heath Tyler Wisdom | Case Number: 0980 2:11CR00107-WFN-18 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Othello, Washington 99344 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 27, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 168 months<br>TSR - 96 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: February 20, 2020 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: February 19, 2028 |

### PETITIONING THE COURT

To issue a warrant.

On February 25, 2020, supervised release conditions were reviewed and signed by Mr. Wisdom, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Wisdom is alleged to have violated his conditions of supervised release by being cited for the crime of unlawful imprisonment, domestic violence on February 25, 2023, case number S23-02761.<br><br>According to the Kittitas County Sheriff's office (KSO) narrative report for incident number S23-02761, the following occurred: On February 25, 2023, officers with Ellensburg Police Department (EPD) requested a KSO deputy respond to the Ellensburg High School (EHS) basketball game due to the report of an assault. KSO was advised that a female, later identified as Shauna Smith and Mr. Wisdom's child's mother, had alerted others at that location that she needed help. Ms. Smith reported to KSO that she and Mr. Wisdom had been involved in a domestic assault incident earlier that same afternoon. |

Prob12C
**Re: Wisdom, Heath Tyler**
**July 7, 2023**
**Page 2**

According to Ms. Smith, she and Mr. Wisdom were arguing earlier that afternoon. Ms. Smith reported Mr. Wisdom told her he was going to "take her to the mountains and kill her." At some point, Ms. Smith stated that she attempted to jump out of Mr. Wisdom's slow-moving vehicle, but he grabbed her and pulled her back inside his vehicle, ripping her shirt.

Ms. Smith reported Mr. Wisdom drove them back towards a lake. Eventually, the offender pulled over on the side of the road, pulled Ms. Smith out of the vehicle, and walked towards the river where Mr. Wisdom told her to jump. Ms. Smith expressed she attempted to flag down two vehicles that drove past them, for help. Eventually Mr. Wisdom became "spooked" and left the area in his vehicle. Another passerby gave Ms. Smith a ride back to her vehicle.

Ms. Smith stated that while in the vehicle with Mr. Wisdom, he told her that he was going to take their child. When Ms. Smith arrived at her residence, Mr. Wisdom had already picked up their daughter. Ms. Smith called 911 and asked questions regarding protection orders and parenting plans. She reported she did not file a police report at that time because she feared Mr. Wisdom would "take off" with their child.

Eventually, Ms. Smith met Mr. Wisdom at the EHS where he handed her their child. Ms. Smith reported Mr. Wisdom was friendly with her during that encounter; however, once she had their daughter, Ms. Smith attempted to get away from Mr. Wisdom. She ultimately made contact with EPD reserve officers who were on scene working the basketball game. KSO reported they photographed Ms. Smith's bruises on both of her arms and scrape marks on the right side of her chin/face. She also complained of pain in her chest and elbow; however, KSO did not observe marks in those areas.

Ms. Smith reported Mr. Wisdom consumes methamphetamine and used methamphetamine on that same day, prior to the domestic incident. She expressed she feared Mr. Wisdom was going to hurt or kill her.

Ms. Smith reported to KSO that she did not know Mr. Wisdom's current whereabouts. However, she reported she believed the offender uses tracking devices on her vehicles and knows her whereabouts. Ms. Smith provided KSO with Mr. Wisdom's cellular telephone number. KSO reported they attempted to make telephonic contact with Mr. Wisdom but were unsuccessful.

Based on Ms. Smith's interview, KSO reported they had probable cause to arrest Mr. Wisdom for fourth degree assault domestic violence, and unlawful imprisonment domestic violence.

On March 17, 2023, KSO confirmed with this officer that charges were previously forwarded to the prosecutor's office.

Prob12C
**Re: Wisdom, Heath Tyler**
**July 7, 2023**
**Page 3**

On June 29, 2023, Kittitas County Prosecutor's Office confirmed their office would be formally charging Mr. Wisdom with unlawful imprisonment and fourth degree assault, domestic violence.

2   **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Wisdom is alleged to have violated his conditions of supervised release by being cited for the crime of fourth degree assault, domestic violence on February 25, 2023, case number S23-02761.

Refer to violation #1 for details.

3   **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Mr. Wisdom is alleged to have violated his supervised release conditions by leaving the judicial district without permission on or before June 28, 2023.

On June 27, 2023, Mr. Wisdom made telephonic contact with this officer and reported he hurt himself at work and opened a Labor and Industries claim. Mr. Wisdom requested permission to travel outside the Eastern District of Washington (EDWA) to Issaquah, Washington, for a medical screening at their local walk-in clinic. The offender reported he would return to the EDWA that same evening.

On June 29, 2023, Officer Brian Mooney with the Yelm Police Department (YPD) reported to this officer that on June 28, 2023, at around 12:58 a.m., he made contact with Mr. Wisdom after the offender was found "passed out" behind the wheel of his vehicle, with the vehicle in drive, and his foot on the brake pedal.

On June 30, 2023, during an office appointment, Mr. Wisdom disclosed to this officer that on June 27, 2023, he traveled to Lacey, Washington, to meet a female. Mr. Wisdom acknowledged he was aware this officer granted him permission to travel to Issaquah, Washington, for medical purposes and he was over an hour away from the approved location.

4   **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Supporting Evidence**: Mr. Wisdom is alleged to have violated his supervised release conditions by possessing drug paraphernalia, a methamphetamine pipe, on or before June 28, 2023.

Prob12C
Re: Wisdom, Heath Tyler
July 7, 2023
Page 4

On June 29, 2023, Officer Brian Money with the YPD reported to this officer that on June 28, 2023, he made contact with Mr. Wisdom after he found the offender "passed out" behind the wheel of his vehicle, with the vehicle in drive, and his foot on the brake pedal. The officer reported he observed a methamphetamine pipe in the offender's hand.

On June 30, 2023, during an office appointment, Mr. Wisdom admitted to this officer that he had a methamphetamine pipe in his hand when he was contacted by YPD on June 28, 2023. The offender disclosed to this officer that the methamphetamine pipe belonged to himself.

5  **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wisdom is alleged to have violated his supervised release conditions by consuming methamphetamine on or before June 28, 2023.

On June 30, 2023, during an office appointment, Mr. Wisdom disclosed to this officer that he consumed methamphetamine twice since June 15, 2023. He reported his last date of use was on June 27, 2023. The offender signed a drug use admission/denial form admitting to consuming the controlled substance.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 7, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/7/2023
Date