PROB 12C
(6/16)

Report Date: July 20, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Heath Tyler Wisdom | Case Number: 0980 2:11CR00107-WFN-18 |
| Address of Offender: ███████████ | Othello, Washington 99344 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 27, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 168 months<br>TSR - 96 months    Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(09/09/2015): | Prison - 135 months<br>TSR - 96 months |
| Asst. U.S. Attorney: | Earl A. Hicks    Date Supervision Commenced: February 20, 2020 |
| Defense Attorney: | Ryan Farrell    Date Supervision Expires: February 19, 2028 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on July 7, 2023.

On February 25, 2020, supervised release conditions were reviewed and signed by Mr. Wisdom, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Wisdom is alleged to have violated his conditions of supervised release by being charged with fourth degree assault, domestic violence, on February 22, 2023, case number S23-02671.<br><br>In summary of the Kittitas County Sheriff's Office (KSO) narrative report for incident number S23-02671, the following occurred: On February 22, 2023, officers with KSO responded to a reported domestic dispute at the offender's previously reported address. The reporting party was identified as Shauna Smith, Mr. Wisdom's previously reported |

Prob12C
Re: Wisdom, Heath Tyler
July 20, 2023
Page 2

girlfriend. Ms. Smith reported that Mr. Wisdom was attempting to leave their residence with their infant daughter. It should be noted, Ms. Smith initially reported to dispatch and the responding officer that no assault had taken place on this date.

Upon the officer's arrival, Ms. Smith disclosed to KSO that in the past "it has gotten physical," but not on this date; however, Ms. Smith's son interjected and disclosed to KSO that Mr. Wisdom pushed Ms. Smith. Ms. Smith's daughter was also present and reported she did not observe an altercation take place, but heard Mr. Wisdom and Ms. Smith arguing.

Based on the evidence and conversations, KSO determined that Mr. Wisdom and Ms. Smith got into a dispute due to allegations of cheating. At one point, Mr. Wisdom pushed Ms. Smith and Ms. Smith struck Mr. Wisdom on the head. The officers reported it was unclear who the primary aggressor was and they did not see obvious or visual injuries on either of the parties. KSO further reported Ms. Smith was evasive and did not disclose much details about the events that occurred that night.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 20, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/20/2023
Date