PROB 12C  
(6/16)

Report Date: September 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Heath Tyler Wisdom    Case Number: 0980 2:11CR00107-WFN-18

Address of Offender:    Ellensburg, Washington 98926

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 27, 2012

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 846

Original Sentence: Prison - 168 months    Type of Supervision: Supervised Release
TSR - 96 months

Sentence Reduction: Prison - 135 months
(09/09/2015): TSR - 96 months

Asst. U.S. Attorney: Earl A. Hicks    Date Supervision Commenced: February 20, 2020

Defense Attorney: Randi L Johnson    Date Supervision Expires: February 19, 2028

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on July 7, and 20, 2023.

On February 25, 2020, supervised release conditions were reviewed and signed by Mr. Wisdom, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Wisdom is alleged to have violated his conditions of supervised release by consuming amphetamine/methamphetamine on or before August 31, 2023. |
| | On August 31, 2023, Mr. Wisdom reported to Merit Resource Services (Merit) for a substance abuse assessment. During that same meeting, the offender submitted to a urinalysis (UA). The UA returned presumptive positive for amphetamine/methamphetamine. |

Prob12C
**Re: Wisdom, Heath Tyler**
**September 20, 2023**
**Page 2**

Merit reported to this officer that Mr. Wisdom denied consuming the controlled substance and reported his last date of use of methamphetamine was on June 28, 2023. Due to Mr. Wisdom's denial of use, the UA was sent to Merit's contracted laboratory.

On September 15, 2023, Merit reported Mr. Wisdom's UA returned confirmed positive for amphetamine/methamphetamine on September 13, 2023.

8    **Standard Condition #3**: The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Wisdom is alleged to have violated his conditions of supervised release by failing to be truthful to his probation officer on September 14, 2023.

On September 12, 2023, Merit reported to this officer that Mr. Wisdom submitted a presumptive positive UA for methamphetamine during his assessment appointment on August 31, 2023, and his sample was pending results from their contracted laboratory.

On September 14, 2023, this officer made telephonic contact with Mr. Wisdom to discuss his noncompliance issues to include the presumptive positive UA submitted at Merit on August 31, 2023. The offender denied using methamphetamine since his last use in June 2023.

9    **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wisdom is alleged to have violated his conditions of supervised release by testing amphetamine/methamphetamine on or before September 18, 2023.

On September 19, 2023, Merit reported to this officer that Mr. Wisdom reported to Merit on September 18, 2023, and provided a UA. The sample returned presumptive positive for amphetamine/methamphetamine. The offender denied consuming the controlled substance. Therefore, the UA was sent to the laboratory for confirmation. As of the writing of this report, the probation office has not received the confirmation results

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 20, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

Prob12C
Re: Wisdom, Heath Tyler
September 20, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

September 20, 2023
_____
Date