PROB 12C
(6/16)

Report Date: April 23, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Heath Tyler Wisdom  Case Number: 0980 2:11CR00107-SAB-18

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Cashmere, Washington 98815

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 27, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 168 months<br>TSR - 96 months |
| | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(09/09/2015) | Prison - 135 months<br>TSR - 96 months |
| Revocation Sentence:<br>(11/01/2023) | Prison - 4 months<br>TSR - 46 months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: December 29, 2023 |
| Defense Attorney: | Murdoch Walker, II |
| | Date Supervision Expires: October 19, 2027 |

### PETITIONING THE COURT

To issue a summons.

On January 4, 2024, supervised release conditions were reviewed and signed by Mr. Wisdom acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Wisdom violated his conditions of supervised release by consuming methamphetamine on or about April 2, 2024. |

Prob12C
Re: Wisdom, Heath Tyler
April 23, 2024
Page 2

On April 3, 2024, Mr. Wisdom reported to The Center for Alcohol and Drug Treatment (The Center) in Wenatchee, Washington, for a random drug test. Prior to providing a drug test, Mr. Wisdom informed staff at The Center that he consumed methamphetamine on or about April 2, 2024. Mr. Wisdom signed a drug use admission form formalizing his consumption for a controlled substance.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 23, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/24/2024

Date