PROB 12C
(6/16)

Report Date: May 7, 2024

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2024

SEAN F. McAVOY, CLERK

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Heath Tyler Wisdom          Case Number: 0980 2:11CR00107-SAB-18

Address of Offender: ███████████ Cashmere, Washington 98815

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 27, 2012

Original Offense:          Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a
                           Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or
                           Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 846

Original Sentence:         Prison - 168 months          Type of Supervision: Supervised Release
                           TSR - 96 months

Sentence Reduction:        Prison - 135 months
(09/09/2015)               TSR - 96 months

Revocation Sentence:       Prison - 4 months
(11/01/2023)               TSR - 46 months

Asst. U.S. Attorney:       Earl A. Hicks              Date Supervision Commenced: December 29, 2023

Defense Attorney:          Murdoch Walker, II         Date Supervision Expires: October 19, 2027

---

## PETITIONING THE COURT

To incorporate the alleged violation with the violation previously reported to the Court on April 23, 2024.

On January 4, 2024, supervised release conditions were reviewed and signed by Mr. Wisdom acknowledging his
understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 2 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Wisdom violated his conditions of supervised release by consuming methamphetamine on or about April 27, 2024. |

Prob12C
**Re: Wisdom, Heath Tyler**
**May 7, 2024**
**Page 2**

On April 29, 2024, Mr. Wisdom reported to the probation office and provided a presumptive positive drug test. Mr. Wisdom denied consuming any controlled substances. The drug test was sent to Alere Toxicology for confirmation. Also, on the same day, Mr. Wisdom provided a random drug test at The Center for Alcohol and Drug Treatment in Wenatchee, Washington. Both drug tests returned confirmed positive for methamphetamine and the drug test he provided at the probation office returned as a dilute sample.

On May 6, 2024, this officer spoke with Mr. Wisdom about the positive drug tests. Mr. Wisdom admitted to consuming methamphetamine on or about April 27, 2024.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violation previously reported to the Court on April 23, 2024. Mr. Wisdom has an initial appearance scheduled for May 16, 2024, in Spokane, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 7, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/7/2024

Date