PROB 12C
(6/16)

Report Date: June 7, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Heath Tyler Wisdom        Case Number: 0980 2:11CR00107-SAB-18

Address of Offender: ▇▇▇▇▇▇▇▇ Cashmere, Washington 98815

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 27, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 168 months<br>TSR - 96 months | Type of Supervision: | Supervised Release |
| Sentence Reduction:<br>(09/09/2015) | Prison - 135 months<br>TSR - 96 months | | |
| Revocation Sentence:<br>(11/01/2023) | Prison - 4 months<br>TSR - 46 months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | December 29, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | October 19, 2027 |

### PETITIONING THE COURT

To issue a warrant and incorporate the alleged violation with the violations previously reported to the Court on April 23, and May 7, 2024.

On January 4, 2024, supervised release conditions were reviewed and signed by Mr. Wisdom acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: **Wisdom, Heath Tyler**
June 7, 2024
Page 2

**Supporting Evidence**: It is alleged Mr. Wisdom violated his conditions of supervised release by consuming methamphetamine on or about June 5, 2024.

On June 6, 2024, Mr. Wisdom provided a presumptive positive drug test for the presence of methamphetamine. He denied consuming any controlled substances. The drug test was packaged and prepared to send to Alere Toxicology for confirmation.

On June 7, 2024, Mr. Wisdom called this officer and admitted to consuming methamphetamine on June 5, 2024. He stated he needs help and would like to attend an inpatient treatment program.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the alleged violation with the violations previously reported to the Court on April 23, and May 7, 2024. Mr. Wisdom is scheduled to appear before the Court for a supervised release revocation hearing on June 14, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/12/2024
Date